IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:04CR436 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| CLINTON L. MCGHEE, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Opinion of the Eighth Circuit Court of Appeals remanding this case to the district court for resentencing pursuant to *United States v. Booker,* 125 S. Ct. 738 (2005),

IT IS ORDERED:

1.   That resentencing of the defendant is scheduled before the undersigned on **June 29, 2006 at 2:00 p.m. ,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The defendant must be present for this hearing.

**2.  The U.S. Marshal's Office is directed to return the defendant to this district for the above hearing.**


DATED this 10th day of May, 2006.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge